RECEIVED
JAN 25 2007

DEC 20 2006
Filed in Court

JAN 17 2007

CR04-0586578S
STATE OF CONNECTICUT            :       SUPERIOR COURT

VS.                             :       JUDICIAL DISTRICT OF
                                        HARTFORD

FREDERICK D. BALDWIN            :       DECEMBER 20, 2006

## ACCEPTANCE OF RESIGNATION AND WAIVER

After holding a hearing, and in accordance with Practice Book §2-52, I hereby find that FREDERICK D. BALDWIN, juris number 301153, has knowingly and voluntarily resigned from the bar of the State of Connecticut and waived the privilege of reapplying to the bar at any time in the future.

I hereby accept said resignation and waiver.

Dated his 20th day of December, 2006.

By the Court:

_____
The Honorable Thomas P. Miano

STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL DISTRICT OF
HARTFORD

JAN 16 2007

CERTIFIED COPY
SEAL AFFIXED
BY _____
              CLERK